# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| WILLIAM L.; DIANA L.; and JANE DOE, | Case No. 26-CV-293 (NEB/JFD) |
| Petitioners, | |
| v. | ORDER |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD M. LYONS, Acting Director, St. Paul Field Office Immigration and Customs Enforcement; and DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement, | |
| Respondents. | |

The Court has received a joint petition for a writ of habeas corpus from petitioners siblings William and Diana L. and a Jane Doe litigant challenging the legality of their current detention.  As a general matter, joint requests for habeas corpus relief are rarely appropriate, as claims for habeas relief are so often dependent upon factual circumstances that differ from petitioner to petitioner.  This case is not an exception.  Indeed, the circumstances of the Jane Doe litigant's detention—she is alleged to be a citizen of the United States, unlike William and Diana L.—are likely to raise entirety different legal claims than the circumstances of the other petitioners' detention.

Accordingly, the Clerk of Court will be directed to initiate two new proceedings with the habeas corpus petition used to initiate this proceeding. William and Diana L. will be dismissed without prejudice from this action, which will concern only the claims for relief of Jane Doe. William and Diana L. may pursue habeas relief (as the sole petitioner) in the new proceedings initiated with the habeas petition from this matter.

Because of the urgency of this action, however, the Court will also direct that respondents prepare an answer with respect to all three petitioners (individually). The Clerk of Court will docket this scheduling order in all three habeas proceedings along with the habeas petition used to commence this action.

Finally, it is doubtful that respondents can identify petitioner Jane Doe from the information provided in the habeas petition and accompanying materials. Within 24 hours, the attorney for petitioner Jane Doe must file under seal and serve on respondents identifying information from which respondents can be expected to ascertain information about the petitioner.

## CONCLUSION

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1.      The Clerk of Court is DIRECTED to initiate two new proceeding using the petition for a writ of habeas corpus [ECF No. 1] that initiated this action as the pleading in that matter. Petitioner William L. will be the sole petitioner

in one of those proceedings, and Petitioner Diana L. will be the sole petitioner in the other proceeding.

2. Petitioners Wiiliam and Diana L. are DISMISSED WITHOUT PREJUDICE from this proceeding.

3. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Jane Doe by no later than January 16, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

4. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

    c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

    d. Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Andres R.E. v. Bondi*, No. 25-CV-3946 (NEB/DLM), 2025 WL 3146312 (D. Minn. Nov. 4, 2025).

5.      If Petitioner Jane Doe intends to file a reply to respondents' answer, she

must do so by no later than January 20, 2026.   Thereafter, no further

submissions from either party will be permitted, except as authorized by

Court order.


Dated: January 14, 2026                          BY THE COURT:

                                                 s/Nancy E. Brasel
                                                 Nancy E. Brasel
                                                 United States District Judge